J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Matthew R. Tsai, Esq.
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lewisroca.com
Email: mtsai@lewisroca.com

*Attorneys for Defendant Synchrony Bank*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Shawnae Dowe,<br><br>    Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>Flagstar Bank; and<br>Synchrony Financial d/b/a SYNCB/CareCredit,<br><br>    Defendants. | Case No. 2:21-cv-01751-JCM-EJY<br><br>**JOINT MOTION AND ORDER TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

  COME NOW Plaintiff Shawnae Dowe ("Plaintiff") and Defendant Synchrony Bank (misidentified as "Synchrony Financial d/b/a SYNCB/CareCredit," and hereinafter referred to as "Synchrony"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

  1. On September 22, 2021, Plaintiff filed a Complaint with this Court [ECF No. 1].

  2. Synchrony was served with the Complaint on September 30, 2021.

  3. Synchrony's response to the Complaint is due by October 21, 2021.

  4. The parties are engaging in preliminary discussions in this matter. In order to explore the possibility of an early resolution, Synchrony desires an extension of 28 (twenty-eight) days, up to and including November 18, 2021, to file a response to the Complaint.

  5. Counsel for Synchrony conferred with counsel for Plaintiff regarding this Joint

115757246.1

Motion. Counsel for Plaintiff agrees to the requested extension.

6. This Joint Motion is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

7. This is the first request for extension of time for Synchrony to respond to the Complaint.

DATED: October 15, 2021.

*/s/ Matthew R. Tsai*
J Christopher Jorgensen (NV Bar #5382)
Matthew R. Tsai (NV Bar #14290)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Defendant Synchrony Bank*

DATED: October 15, 2021.

*/s/ Michael Kind*
Michael Kind, Esq. (NV Bar # 13903)
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2021

LEWIS ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
115757246.1