George Haines, Esq
Nevada Bar No  9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880 5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawnae Dowe*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shawnae Dowe,<br><br>         Plaintiff(s,)<br>  v<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Flagstar Bank; and Synchrony Financial dba SYNCB/Care Credit,<br><br>         Defendant(s.) | Case No.: 2:21-cv-01751-JCM-EJY<br><br>**Stipulation of dismissal of SYNCB/Care Credit with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawnae Dowe and SYNCB/Care Credit stipulate to dismiss Plaintiff's claims against SYNCB/Care Credit with prejudice

Each party will bear its own costs, disbursements, and attorney fees.

Dated  July 15, 2022

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawnae Dowe*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Matthew Tsai
Matthew Tsai, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Counsel for SYNCB/Care Credit*

IT IS SO ORDERED:

*[signature]*

UNITES STATES DISTRICT JUDGE

DATED: July 19, 2022

STIPULATION                                        - 2 -