George Haines, Esq
Nevada Bar No   9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880 5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawnae Dowe*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shawnae Dowe, <br><br> Plaintiff(s,) <br> v <br><br> Equifax Information Services LLC; Experian Information Solutions, Inc.; Flagstar Bank; and Synchrony Financial dba SYNCB/Care Credit, <br><br> Defendant(s.) | Case No.: 2:21-cv-01751-JCM-EJY <br><br> **Stipulation of dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawnae Dowe and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice

STIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated June 29, 2022

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shawnae Dowe*

**Clark Hill PLLC**

/s/ Gia Marina
Gia Marina, Esq.
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED

_____
UNITES STATES DISTRICT JUDGE

DATED: July 5, 2022 _____

STIPULATION                    - 2 -